**DISMISS and Opinion Filed July 31, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00487-CV**

**TROY LONION, Appellant**
**V.**
**RONALD G. SALA, TEMPORARY ADMINISTRATOR FOR THE**
**ESTATE OF EDITH T. REYNOLDS DECEASED, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00283-2**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Molberg

The filing fee and docketing statement in this case have not been filed. By postcards dated April 24, 2024 and May 17, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. To date, appellant has not paid the filing fee or the docketing statement and has not otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce rule requiring payment of filing fee "by any order that

is just"); 42.3(b), (c) (permitting appellate courts to dismiss appeal for want of prosecution or for failure to comply with notice from clerk requiring a response or other action within a specified time).

/Ken Molberg/
KEN MOLBERG
JUSTICE

240487F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TROY LONION, Appellant

No. 05-24-00487-CV          V.

RONALD G. SALA, TEMPORARY
ADMINISTRATOR FOR THE
ESTATE OF EDITH T.
REYNOLDS DECEASED, Appellee

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-17-00283-2.

Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 31, 2024